| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY | | CLOSED |

```
                                        x
UNITED STATES,                          x
                                        x
        Plaintiff,                      x
                                        x     Crim. No. 06-cr-00528
v.                                      x
                                        x     ORDER
MARVIN TILLMAN,                         x
                                        x
        Defendant.                      x
                                        x
```

**CHESLER**, U.S.D.J.

This matter comes before the Court upon the Motion for Reconsideration of Sentence filed by pro se Defendant Marvin Tillman [docket item #74].  The United States of America has opposed this motion [docket item #76].  The Court having opted to rule based on those submissions pursuant to Federal Rule of Civil Procedure 78; and for the reasons discussed in the Opinion filed herewith; and for good cause shown,

**IT IS** on this 2nd day of March, 2010,

**ORDERED** that the Motion for Reconsideration of Sentence filed by pro se Defendant Marvin Tillman [docket item #74] be and hereby is **DENIED**.

      s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge