**NOT FOR PUBLICATION**                                                          **CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Petitioner, | : | |
| | : | **Criminal No. 06-528 (SRC)** |
| v. | : | |
| | : | **ORDER** |
| MARVIN TILLMAN, | : | |
| | : | |
| Respondent. | : | |
| | : | |
| | : | |

**CHESLER**, District Judge

      This matter comes before the Court upon Marvin Tillman's letter requesting the Court to modify the fine and restitution order (docket item #81). The United States of America filed an opposition to this request (docket item #82). After consideration of the parties' letters, and the Court having opted to rule based on those submissions pursuant to Federal Rule of Civil Procedure 78;

      **IT APPEARING** that Mr.Tillman has failed to demonstrate sufficient reason for modification of his fine or payment schedule; and it further

      **APPEARING** that, under these circumstances, the Court does not have jurisdiction to alter the fine or restitution. See 18 U.S.C. Section 3572; therefore

      **IT IS** on this 12th day of July, 2010,

      **ORDERED** that the letter requesting the Court to modify the fine and restitution order

(docket item #81) be and hereby is **DENIED**; and it is further

      **ORDERED** that this case be and hereby is **CLOSED.**

                                                 s/ Stanley R. Chesler
                                          STANLEY R. CHESLER
                                          United States District Judge